

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of the Marriage of Robbie
Lynn Teague and Leigh Teague

No. 06-21-00021-CV

Appeal from the County Court at Law of
Bowie County, Texas (Tr. Ct. No.
20D1267-CCL).   Memorandum Opinion
delivered by Justice Burgess, Chief Justice
Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Leigh Teague, pay all costs incurred by reason of this appeal.

RENDERED NOVEMBER 24, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk